# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 31, 2026

Robertson D. Beckerlegge
direct dial: 212.589.4209
rbeckerlegge@bakerlaw.com

**VIA ECF**

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re:   MLB Advanced Media, L.P. et al. v. Dortch et al., Case No. 1:25-cv-05636 (LAP)(GS)*

Dear Judge Preska:

This firm represents Plaintiffs MLB Advanced Media, L.P. and Major League Baseball Properties, Inc. (collectively, "Plaintiffs") in the above-captioned action. We write to respectfully request an adjournment of the initial pretrial conference currently scheduled for May 5, 2026 for Defendant Darien Caines ("Defendant"). ECF No. 60.

Plaintiffs' counsel of record will all be out of the country during the week of May 5. Accordingly, we respectfully request that the initial conference be adjourned to a date during the following week of May 11, 2026, or to another date convenient for the Court. Counsel for Defendant consents to this request. Plaintiffs have not previously sought any adjournments and the requested adjournment will not affect any other scheduled dates.

We also wish to advise the Court that Plaintiffs are presently engaged in active settlement discussions with Defendant through his counsel. We are hopeful that these discussions may resolve the matter as to this defendant, which could obviate

the need for the conference. We will promptly update the Court if a settlement is reached.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Robertson D. Beckerlegge*

Robertson D. Beckerlegge

cc:   Susanne Toes Keane (SKeane@nycbar.org)

The conference is adjourned to May 12, 2026 at 10:00 AM.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

April 1, 2026