# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 7, 2026

Robertson D. Beckerlegge
direct dial: 212.589.4209
rbeckerlegge@bakerlaw.com

**VIA ECF**

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re:   MLB Advanced Media, L.P. et al. v. Dortch et al., Case No. 1:25-cv-05636 (LAP)(GS)*

Dear Judge Preska:

This firm represents Plaintiffs MLB Advanced Media, L.P. and Major League Baseball Properties, Inc. (collectively, "Plaintiffs") in the above-captioned action. We respectfully write to request an adjournment of the initial pretrial conference for Defendant Darien Caines ("Defendant"), currently scheduled for May 11, 2026 at 10:30 a.m. (ECF No. 63).

Plaintiffs are engaged in ongoing settlement discussions with Defendant, through his counsel, and believe the parties are close to reaching an agreement in principle that would resolve Plaintiffs' claims against Defendant. In light of these developments, Plaintiffs respectfully request a 30-day adjournment of the conference to allow the parties additional time to finalize a resolution.

Counsel for Defendant consents to this request. Plaintiffs' counsel previously sought one adjournment due to counsel's preexisting international travel, and the requested adjournment will not affect any other scheduled dates.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Robertson D. Beckerlegge*

Robertson D. Beckerlegge

cc:    Susanne Toes Keane (SKeane@nycbar.org)

The conference is adjourned to June 8, 2026 at
12:00 PM.   **SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

May 7, 2026