UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MLB ADVANCED MEDIA, ET. AL.,

Plaintiffs

v.

ARTHUR KNIGHT,

Defendant

25-CV-5636 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Defendant Arthur Knight failed to appear at today's 2:00 PM conference. (See Dkt. 78.) Prior to the conference, Mr. Knight advised this Court by email that he was "seeking pro bono representation . . . for his conference before the court today at 2pm." The fact that Mr. Knight lacks counsel does not excuse his failure to appear. However, the Court will nonetheless consult the Court's civil pro bono panel and determine whether counsel may be appointed for the limited purpose of representing Mr. Knight in further settlement discussions and/or default proceedings.

The Clerk of Court shall mail a copy of this Order to Mr. Knight.

**SO ORDERED.**

Dated: New York, New York
July 27, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge