**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MLB ADVANCED MEDIA, L.P. and MAJOR LEAGUE BASEBALL PROPERTIES, INC.

Plaintiffs,

-against-

JEMAL DORTCH A/K/A JAMAL DORTCH A/K/A JAMAL WIGGINS, GREGORY SIMMONDS A/K/A RAYMOND MUNZ A/K/A RAYMOND MONZ A/K/A RAYMOND SWANBEE A/K/A RAYMOND PORTER, ALFRED SMITH, AMADOU BALDE, ARTHUR KNIGHT A/K/A ANDRE MACK, DARIEN ANDRE CAINES, AND NATHANIEL BOWMAN A/K/A QUINCY,

Defendants.

Docket No. 1:25-cv-05636 (LAP) (GS)

**ORDER GRANTING ALTERNATIVE SERVICE ON DEFENDANT NATHANIEL BOWMAN A/K/A QUINCY**

Upon consideration of Plaintiffs MLB Advanced Media, L.P. and Major League Baseball Properties, Inc.'s August 17, 2026 letter requesting leave, pursuant to Federal Rule of Civil Procedure 4(e)(1) and Section 308(5) of the New York Civil Practice Law and Rules, to serve Defendant Nathaniel Bowman a/k/a Quincy ("Defendant Bowman") by alternative means, the Court finds as follows:

WHEREAS, Plaintiffs have been unable to personally serve the Court's Order to Show Cause (ECF No. 89) and accompanying papers on Defendant Bowman despite diligent efforts;

WHEREAS, Plaintiffs' investigator attempted to serve Defendant Bowman at his last known residence, located at 1100 Grand Concourse, Apartment 4E, Bronx, New York 10456, on August 5, 2026, at 6:23 p.m., and twice on August 8, 2026, at 8:00 a.m. and 5:00 p.m.;

WHEREAS, on each occasion, the building's video intercom directory listed "4E Bowman," but no one answered when the investigator rang that apartment;

WHEREAS, Plaintiffs' investigator also attempted to locate and personally serve Defendant Bowman at Yankee Stadium on August 5 and August 8, 2026, but was unable to locate him on either date; and

WHEREAS, the Court finds that service by certified mail to Defendant Bowman's last known residence is reasonably calculated to provide him with notice of the Order to Show Cause and the accompanying papers.

IT IS HEREBY ORDERED that Plaintiffs' request for leave to serve Defendant Bowman by alternative means is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs may serve the Court's Order to Show Cause, Declaration of Robertson D. Beckerlegge, dated July 31, 2026, together with exhibits annexed thereto, the accompanying Memorandum of Law, Affidavit of Raymond P. Dowd, dated June 28, 2026, and Local Rule 83.6 of the United States District Courts for the Southern and Eastern Districts of New York on Defendant Bowman by certified mail, return receipt requested, addressed to:

Nathaniel Bowman a/k/a Quincy
1100 Grand Concourse
Apartment 4E
Bronx, New York 10456

IT IS FURTHER ORDERED that service shall be deemed effective upon mailing.

IT IS FURTHER ORDERED that Plaintiffs shall file proof of such mailing on the docket.

SO ORDERED.

Dated: September 9, 2026
New York, New York

HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE